## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Hall-Stone, Regina A

Printed: 01/06/09

Case Number:  08 B 18681
Judge:  Goldgar, A. Benjamin
Filed:  7/21/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed:  September 30, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 925.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 925.00 |
| Totals: | 925.00 | 925.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Chevy Chase Bank | Secured | 0.00 | 0.00 |
| 2. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual | Secured | 0.00 | 0.00 |
| 4. | Taylor Bean And Whitaker Mortgage Compan | Secured | 0.00 | 0.00 |
| 5. | Taylor Bean And Whitaker Mortgage Compan | Secured | 0.00 | 0.00 |
| 6. | Beneficial Illinois Inc | Secured | 0.00 | 0.00 |
| 7. | CitiMortgage Inc | Secured | 90.32 | 0.00 |
| 8. | Washington Mutual | Secured | 16,588.11 | 0.00 |
| 9. | Chevy Chase Bank | Secured | 31,959.95 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 211.45 | 0.00 |
| 11. | Midland Credit Management | Unsecured | 3,914.99 | 0.00 |
| 12. | Chase | Secured | | No Claim Filed |
| 13. | Nicor Gas | Unsecured | | No Claim Filed |
| 14. | Nicor Gas | Unsecured | | No Claim Filed |
| 15. | Fedex | Unsecured | | No Claim Filed |
| | | | $ 52,764.82 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Hall-Stone, Regina A

Printed: 01/06/09

Case Number:  08 B 18681

Judge:  Goldgar, A. Benjamin

Filed:  7/21/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

